IN THE UNITED STATES DISTICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

ERIC & LISA STRICKLAND,

        Plaintiffs,

v.                                            CIVIL ACTION NO. 3:17-CV-003329

ONEMAIN FINANCIAL, INC.,
C T CORPORATION SYSTEM, and
STAMPER SERVICES OF WV, INC.,

        Defendants.

## AGREED DISMISSAL ORDER

The parties have advised the Court that the above-styled civil action between Plaintiffs **Eric and Lisa Strickland** and Defendants **OneMain Financial, Inc., C T Corporation System, and Stamper Services of WV, Inc.** has been compromised and settled. Therefore, it is **ORDERED** that the above captioned civil action and all claims therein are hereby, **DISMISSED WITH PREJUDICE, and this case is to be stricken from the Court's docket**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

Dated this 13th day of Feb, 2018.

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

Prepared by:

/s/ Joseph M. Ward
Joseph M. Ward (WVSB #9733)
Frost Brown Todd LLC
United Bank Building
500 Virginia Street, East
Charleston, WV 25301
*Counsel for OneMain Financial, Inc.*

Agreed to by:

/s/ Benjamin M. Sheridan
Benjamin M. Sheridan (WVSB #11296)
*Counsel for Plaintiff*
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
*Counsel for Plaintiffs*

/s/ R. Terrance Rodgers
R. Terrance Rodgers (WVSB #3148)
Kay Casto & Chaney, PLLC
1500 Chase Tower, 15th Floor
707 Virginia Street, East
Charleston, WV 25301
*Counsel for CT Corporation System and Stamper Services of WV, Inc.*

LR04307.0649568   4837-0692-7708v1